UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SUPERIOR PRODUCTION
PARTNERSHIP,
    Plaintiff,

    v.

GORDON AUTO BODY PARTS
CO., LTD., et al.,
    Defendant.

Case No. 2:06-cv-916
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

## ORDER

On August 8, 2013, this Court issued its standard Order Setting Trial Date and Settlement Conference. (ECF No. 223.) In its standard Order, the Court sets a settlement conference in every civil case before it. In this case, however, the Court had earlier discussed and encouraged a separate mediation between the parties, which was not meant to be confused with the Court's regularly scheduled settlement conference. Therefore, the Court **VACATES** the regularly scheduled settlement conference set in its Order Setting Trial Date and Settlement Conference for November 4, 2013, and focuses on the encouraged separate mediation.

With regard to that mediation, the parties shall consult and in a joint submission to be filed as a Notice, inform the Court of the results of that consultation. The parties should include information as to their selection of a mediator, including consideration of the Magistrate Judge assigned to this case or any other appropriate party. The Court does not intend to serve as a mediator in this case.

**IT IS SO ORDERED.**

8-13-2013
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE